Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−10324−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   DEVON A. MCGRATH
   1071 SANFORD AVENUE
   IRVINGTON, NJ 07111

Social Security No.:
   xxx−xx−6112

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/13/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 14, 2022
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
DEVON A. MCGRATH  
    Debtor

Case No. 22-10324-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3  
Date Rcvd: Oct 14, 2022     Form ID: 148     Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | DEVON A. MCGRATH, 1071 SANFORD AVENUE, IRVINGTON, NJ 07111-1945 |
| 519654704 | | Acct 9503, Kohls, PO Box 1456, Charlotte NC 28201-1456 |
| 519654706 | | Acct 0018, Wayfair, PO Box 650968, Dallas TX 75265-0968 |
| 519654703 | + | Acct x xxxx6 016, Figure Lending LLC, 15720 Brixham Hill Avenue, Suite 300, Charlotte, NC 28277-4784 |
| 519654705 | | Acct. 5609, Discover, PO Box 70176, Philadelphia PA 19176-0176 |
| 519485301 | + | Avant, LLC, PO Box 1429, Carol Stream, IL 60132-1429 |
| 519654701 | + | Best Egg, Cross River Bank, 885 Teaneck Road, Teaneck, NJ 07666-4546 |
| 519485304 | | Docket F 012716 19, US Bank, NA as Legal Title Trustee, for Truman 2016 SC6 Title Trust, CO Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 519485306 | + | Docket F 012716 19, Superior Court of New Jersey, Equity Pt, 212 Washington Street, Newark, NJ 07102, Docket F 07102-2904 |
| 519485305 | + | Docket F 012716 19, Rushmore Loan Management Services, PO Box 514707, Los Angeles, CA 90051-4707 |
| 519485307 | | Docket F 012716 19, Office of the Essex County Sheriff, Essex County Veterans Courthouse, Newark, NJ 07102 |
| 519485308 | + | Emmanuel J. Argentieri, Esq,, Romano Garubo & Argentieri, 52 Newton Avenue, PO Box 456, Woodbury, NJ 08096-7456 |
| 519497092 | + | Gayan McGrath, 1071 Sanford Ave., Irvington, NJ 07111-1945 |
| 519485310 | + | LVNV Funding LLC, 3300 Rider Trail S, Suite 500, Earth City, MO 63045-1338 |
| 519497093 | + | Tenant A, 322 South 5th St., Darby, PA 19023-2861 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 14 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 14 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 14 2022 20:40:00 | The Bank of New York Mellon, successor to The Bank, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 519485301 | ^ | MEBN | Oct 14 2022 20:39:37 | Avant, LLC, PO Box 1429, Carol Stream, IL 60132-1429 |
| 519485312 | | Email/Text: cfcbackoffice@contfinco.com | Oct 14 2022 20:40:00 | Reflex, PO Box Box 6812, Carol Stream, IL 60197 |
| 519654702 | | Email/Text: gtercero@crossriver.com | Oct 14 2022 20:40:00 | Cross River Bank, 885 Teaneck Road, Teaneck, NJ 07666 |
| 519485302 | + | EDI: CAPITALONE.COM | Oct 15 2022 00:38:00 | Capital One, PO Box 6492, Carol Stream IL 60197-6492 |
| 519492139 | + | EDI: AIS.COM | Oct 15 2022 00:43:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519485303 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 14 2022 20:49:17 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 519485309 | + | EDI: BLUESTEM | | |

Case 22-10324-JKS    Doc 77    Filed 10/16/22    Entered 10/17/22 00:12:59    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 14, 2022 | Form ID: 148 | Total Noticed: 32 |

| Recip ID | Notice Type | Notice Date | Recipient |
|---|---|---|---|
| | | Oct 15 2022 00:43:00 | Finger Hut, Attn Web Bank, Fingerhut Customer Service, 6250 Ridgewood Road, St. Cloud, MN 56303-0820 |
| 519524626 | EDI: JEFFERSONCAP.COM | Oct 15 2022 00:43:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 519488890 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2022 20:49:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519502103 | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 14 2022 20:49:02 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519485311 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 14 2022 20:49:03 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 519533254 | Email/Text: bankruptcy@ncaks.com | Oct 14 2022 20:40:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023 Hutchinson, KS. 67504 |
| 519485313 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 14 2022 20:41:00 | Select Portfolio Services, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519535083 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 14 2022 20:41:00 | The Bank of New York Mellon, successor to The Bank, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519526084 | Email/Text: bkenotice@rushmorelm.com | Oct 14 2022 20:40:00 | US Bank, NA as Legal Title Trustee, for Truman 2016 SC6 Title Trust, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519497094 | | Tenant B |
| 519497095 | | Tenant C |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2022            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com |
| Marie-Ann Greenberg | |

Case 22-10324-JKS    Doc 77    Filed 10/16/22    Entered 10/17/22 00:12:59    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Oct 14, 2022 | Form ID: 148 | Total Noticed: 32 |

| | |
| --- | --- |
| | magecf@magtrustee.com |
| Novlet M Lawrence | |
| | on behalf of Debtor DEVON A. MCGRATH lawrencenovlet@aol.com  lawrencenovlet@aol.com |
| Shauna M Deluca | |
| | on behalf of Creditor The Bank of New York Mellon  successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif sdeluca@hasbanilight.com, hllawpc@gmail.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5